RUTA BERKSON, Appellant *v.* VILLAGE OF RICHFIELD SPRINGS, Respondent.

WILLIAM J. BERKSON, Appellant, *v.* VILLAGE OF RICHFIELD SPRINGS, Respondent.

(Consolidated Actions.)

Argued March 2, 1950; decided April 6, 1950.

*Louis E. Krohn* for appellants.

*Livingston S. Latham* for respondent.

Judgments reversed and a new trial granted, with costs to abide the event, upon the ground that there was evidence of breach of duty by the defendant which was proper for submission to the jury. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.